UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                      :
BAYER HEALTHCARE LLC,                 :
                                      :
                     Plaintiff,       :   No. 22-cv-05931 (PAE)
                                      :
              v.                      :   **CERTIFICATE OF SERVICE**
                                      :
PERRIGO COMPANY PLC,                  :
                                      :
                     Defendant.       :
                                      :
                                      :
------------------------------------- x

    1.    I, Brian J. Roe, hereby certify that service has been effected on Defendant Perrigo Company plc in three different ways pursuant to the Order to Show Cause, signed by U.S. District Judge Paul A. Engelmayer (SDNY) on July 12, 2022.

    2.    I further certify that on July 12, 2022 at approximately 6:32 PM EDT, I served via electronic mail true and correct copies of the:

- Complaint;

- Civil Cover Sheet;

- [Proposed] Summons in a Civil Action;

- Federal Rule of Civil Procedure 7.1 Statement;

- [Proposed] Order to Show Cause;

- Affidavit of Catherine Vennat;

- Affidavit of Richard W. Weber, M.D.;

- Declaration of Lynn K. Neuner;

- Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction;

- Proposed Order;

- Notice of Appearance of Simona G. Strauss;

- Summons in a Civil Action, dated and sealed on July 12, 2022; and

- Order to Show Cause, signed by U.S. District Judge Paul A. Engelmayer (SDNY) on July 12, 2022

on the below-listed in-house counsel for Perrigo:

> Susan A. Fyan
> Perrigo Company plc
> Office: (269) 686-2739
> susan.fyan@perrigo.com
> 515 Eastern Ave.
> Allegan, MI 49010
> *Assistant General Counsel for Defendant*

3. I further certify that on July 12, 2022, the aforementioned papers were served on Ms. Fyan at the address above by depositing true and correct copies of the same in a properly addressed wrapper into the custody of Federal Express, an overnight delivery service for overnight delivery, prior to the latest time designed by Federal Express for overnight delivery.

4. I further certify that on July 13, 2022, I arranged for a licensed process server in Allegan, Michigan to serve the aforementioned papers by personal delivery. The server's affidavit is attached.

_____
Brian J. Roe

Simpson Thacher & Bartlett LLP 425 Lexington Avenue New York, NY 10017

# AFFIDAVIT OF SERVICE

Client's File No.: _____
Civil Action #: 1:22-cv-05931-PAE
Date Filed: July 12, 2022

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

**BAYER HEALTHCARE LLC,**

Plaintiff

vs

**PERRIGO COMPANY PLC,**

Defendant

STATE OF MICHIGAN COUNTY OF KALAMAZOO SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of Michigan

That on the following date: July 13, 2022, at the following time: 10:15 AM,

at 515 EASTERN AVENUE, ALLEGAN, MI 49010 deponent served the within

Order to Show Cause signed by Hon. Paul A. Engelmayer, U.S.D.J. dated July 12, 2022., Summons in a Civil Action, Complaint with Jury Demand with Exhibits, Civil Cover Sheet, Federal Rule of Civil Procedure 7.1 Statement, Proposed Order to Show Cause, Memorandum of Law in Support of Motion for a Preliminary Injunction, Declaration of Lynn K. Neuner in Support with Exhibits, Affidavit of Richard W. Weber, M.D. in Support with Exhibits, Affidavit of Catherine Vennat in Support with Exhibits and Notice of Appearance.

[X] Papers so served were properly endorsed with the Civil Action # and date of filing.

Upon: **PERRIGO COMPANY PLC**

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____ a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's Relationship
[ ] dwelling place  [ ] place of business/employment  [ ] last known address within the State.  [ ] usual place of abode

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U.S.P.S. and mailed First Class mail to the above address on _____

[X] **Corporation LLC / LLP** By delivering to and leaving with Kelly Vandertrop said individual to be Human Resources Manager who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's  [ ] dwelling place  [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient** Sex: Female  Color of skin: White  Color of hair: Dk. Brown  Age: 36 - 50 Yrs.  Height: 5ft 4inch - 5ft 8inch
Weight: 131-160 Lbs.  Other Features: _____

[ ] **WITNESS FEES** Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[X] **Other** Kelly Vandertrop advised that she was authorized to accept the documents on behalf of the Subject.

Sworn to before me on 7-13-22

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Gari Sisson
PROCESS SERVER LICENSE #

Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 PROCESS SERVER LICENSE #1382542    Work Order # 1461895

NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KALAMAZOO
MY COMMISSION EXPIRES FEB. 18, 2028
ACTING IN THE COUNTY OF Kalamazoo