UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAYER HEALTHCARE LLC,

                            Plaintiff,

         -v-

PERRIGO COMPANY PLC,

                            Defendant.

22 Civ. 5931 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On July 15, 2022, the parties submitted a joint letter requesting the Court's view on whether evidentiary testimony would be presented at the hearing on plaintiff's motion for a preliminary injunction on July 20, 2022. Dkt. 17. The same day, the Court informed the parties that it would resolve such promptly after reviewing the parties' filings, of which the last was submitted yesterday. Dkt. 18.

As the Court informed the parties via email last night, the Court does not require or invite live testimony.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: July 19, 2022
       New York, New York