UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BAYER HEALTHCARE LLC,

                    Plaintiff,

-v-

PERRIGO COMPANY PLC,

                    Defendants.

22 Civ. 5931 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

As directed at the close of today's conference on plaintiff's application for a preliminary injunction, by Monday, July 25, 2022 at 5:00 p.m., the parties are directed to file on the docket a status letter, reporting whether and to what extent they have resolved the dispute underlying that application. To the extent the parties have reached a resolution, the Court encourages counsel to submit a proposed stipulation reflecting that resolution.

In the event any aspect of plaintiff's application remains unresolved, the Court directs the parties to appear for a confernce on Wednesday, July 27, 2022, at 3:30 p.m. in Courtroom 1305 at the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007. The parties should also be prepared to discuss a case management plan at that time.

SO ORDERED.

                                              *Paul A. Engelmayer*
                                              Paul A. Engelmayer
                                              United States District Judge

Dated: July 20, 2022
       New York, New York